## United States District Court
**Western District of Wisconsin**
**Robert W. Kastenmeier Courthouse**
120 N. Henry Street, Rm. 320
Madison, Wisconsin  53703

Office of the Clerk of Court                                                                                              Telephone
                                                                                                                                    608-264-5156

December 23, 2013

Warden
Waupun Correctional Institution
200 S. Madison St.
P.O. Box 351
Waupun, WI 53963-0351

      Re: case no. 13-cv-797-wmc; *Milton McDaniel v. Joseph Beahm, et al.*

Dear Warden:

      Under the Prison Litigation Reform Act, an inmate who files a lawsuit in federal court under the *in forma pauperis* statute must pay the $350 filing fee, by sending the fee to the court in installments of 20% of the preceding month's income in accordance with § 1915(b)(2).  An inmate in custody at your institution recently filed a lawsuit in this court.  His name and the case number assigned to his lawsuit are set forth below:

### Inmate Name: Milton D. McDaniel, #419898
### Case No. 12-cv-58-wmc

      The initial partial payment of $4.99 has been paid in this case.  Your financial officer's obligation to deduct monthly payments until the filing fee has been paid in full is addressed in *Lucien v.  DeTella*, 141 F.3d 773 (7th Cir. 1998).  If this inmate is transferred to another institution, the financial officer of that institution will need to know of his obligations so that monthly payments will continue.

                          PETER OPPENEER, Clerk of Court,

                          By: ___s/_____

                            Deputy Clerk

/jef
cc: plaintiff