IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MILTON D. McDANIEL,

    Plaintiff,

v.

JOSEPH BEAHM,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-797-wmc

This action came before the court and a jury for consideration with District Judge William M. Conley presiding. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that final judgment is entered in favor of defendant Joseph Beahm against plaintiff Milton McDaniel.

Approved as to form this 5th day of May, 2016.

_____
William M. Conley, District Judge

_____
Peter Oppeneer, Clerk of Court

5/5/16
Date